UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:08CR282 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| ADRIAN ALMONTE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 74). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On May 5, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant's plea of guilty to Counts I, VII and VIII of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $18,930.00 in United States currency and a 2002 Chevy Monte Carlo, VIN 2G1WX15K629249880, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on May 11, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on July 14, 2009 (Filing No. 73).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 74) is hereby sustained.

B. All right, title and interest in and to the $18,930.00 in United States currency and a 2002 Chevy Monte Carlo, VIN 2G1WX15K629249880, held by any person or entity, is hereby forever barred and foreclosed.

C. The $18,930.00 in United States currency and a 2002 Chevy Monte Carlo, VIN 2G1WX15K629249880, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 15th day of July, 2009.

BY THE COURT:

s/ Laurie Smith Camp
**United States District Court**