UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

8:08CR282 09 OCT 13 PH 3: 21

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| ADRIAN ALMONTE, | ) |
| | ) |
| Defendant. | ) |

**ORDER** OFFICE OF THE CLERK

NOW ON THIS 13th day of October, 2009, this matter comes on before the Court upon the Petition to Assert an Interest in Property Subject to Forfeiture Pursuant to 21 U.S.C. 853 (Filing No.78) filed by Mutual First Federal Credit Union. The Plaintiff is represented by Nancy A. Svoboda, Assistant United States Attorney. The Petitioner is represented by John T. Rogers, Attorney at Law. No other person or entities are present, neither personally nor through counsel.

The United States represents the vehicle at issue is in the possession of the U.S. Marshals Service. The Court receives into evidence the Affidavit of John T. Rogers. The Court notes no other Petitions have been filed. The Court hears counsels' arguments.

The Court, being duly advised in the premises finds as follows:

1. The Petition to Assert an Interest in Property Subject to Forfeiture Pursuant to 21 U.S.C. 853 (Filing No.78) filed on behalf of Mutual First Federal Credit Union is hereby sustained.

2. The U.S. Marshals Service shall deliver the 2002 Chevrolet Monte Carlo SS, VIN 2G1WX15K629249880, to Mutual First Federal Credit Union or its designated representative. The delivery will be made at no expense to Mutual First Federal Credit Union.

IT IS SO ORDERED.

BY THE COURT:

LAURIE SMITH CAMP, JUDGE
United States District Court

last copy USM